72871. MILLER v. THE STATE.
(350 SE2d 313)

BEASLEY, Judge.

Miller's motion to dismiss his indictment for cocaine possession for failure to comply with OCGA § 42-6-20, Art. III (a) was denied by the trial court. Although Miller, who was represented by counsel, filed a *pro se* motion for certificate of immediate review, no certificate is contained in the record. The enumeration of error addresses only the

OCGA § 42-6-20 issue. Miller and his counsel have agreed to waive his rights under OCGA § 42-6-20, Art. IV (c) in order to appeal the Art. III (a) question.

Because we conclude that this issue is one for which a certificate of immediate review and petition for interlocutory appeal were required, however, the appeal must be dismissed. OCGA § 5-6-34 (b); *Webster v. State*, 251 Ga. 465 (306 SE2d 916) (1983); see *Price v. State*, 237 Ga. 352 (2) (227 SE2d 368) (1976).

This is not a question involving speedy trial rights under OCGA § 17-7-170, which would be directly appealable. *Hubbard v. State*, 254 Ga. 694 (333 SE2d 827) (1985). Therefore, the appeal is dismissed.

*Appeal dismissed. Deen, P. J., and Benham, J., concur.*

DECIDED OCTOBER 30, 1986.

*Carl P. Greenberg*, for appellant.

*Robert E. Wilson, District Attorney, John H. Petrey, Assistant District Attorney*, for appellee.